(May 3, 1991)

■ In the Matter of JOHN N. IANNUZZI, Petitioner, v THOMAS B. GALLIGAN et al., Respondents.—Application for a writ of mandamus unanimously granted, without costs and without disbursements. *(See, Matter of Legal Aid Socy. v Rothwax,* 69 AD2d 801.) Although not determinative of this issue, we note that a second lawyer has already been appointed. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Kassal and Smith, JJ.